# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA, Case No. Civil 01-519 MJD/RLE

v. **JUDGMENT IN A CIVIL CASE**

JUDITH A. ALLEMAN

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the above plaintiff does have and recover of and from said defendant the sum of FIFTY-ONE HUNDRED SIXTY-SEVEN DOLLARS AND 51/100 ($5,167.51).

DATE: June 14, 2001

FRANCIS E. DOSAL, CLERK

E. Knoblauch

E. Knoblauch, Deputy Clerk

| | |
|---|---|
| Principal/Damages | $2765.06 |
| Costs & Disbursements | $ 385.20 |
| Interest to 1/26/01 | $2016.35 |
| TOTAL JUDGMENT | $5,167.51 |

(4)