UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

vs. GARNISHMENT ORDER

Judith A. Alleman Rasley,

Defendant,

Oakridge Homes,

Garnishee. Civ. No. 01-519 (MJD/RLE)

An Agreed Final Order in Garnishment was duly issued by this Court on March 4, 2004.

Defendant has now paid the judgment by compromise. Accordingly,

IT IS HEREBY ORDERED that the Agreed Final Order in Garnishment issued on March 4, 2004, is released.

Dated: May 15, 2006

BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE