# PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 22-MAY-2006 FOR: 2001Z00173/003 PAGE: 1 OF 2

DEBTOR: Alleman, Judith A.

COURT NUMBER: 01-519MJD/RLE PRIORITY CODE:

CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0004 | PMNT | T | 25-APR-2003 | OT/B | alleman | | OLD | | $75.00 | 12-JUN-2003 |
| 0006 | PMNT | T | 19-MAR-2004 | GR/G | Oakridge | MN /04/120 | 64089 | | $15.00 | 19-MAR-2004 |

Total Payments for Debtor: $90.00