# PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 22-MAY-2006 FOR: 2001Z00173/002 PAGE: 1 OF 2

DEBTOR: Alleman, Judith A.

COURT NUMBER: 01-519MJD/RLE PRIORITY CODE:

CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | T | 25-JUN-2003 | OT/B | J. ALLEMAN | | 03/176 #43 | | $75.00 | 03-JUL-2003 |
| 0004 | PMNT | T | 19-MAR-2004 | GR/G | Oakridge | MN /04/120 | 64089 | | $35.00 | 19-MAR-2004 |
| 0005 | PMNT | T | 02-APR-2004 | GR/G | OAKRIDGE HOMES | MN /04/130 | 64226 | | $50.00 | 02-APR-2004 |
| 0006 | PMNT | T | 19-APR-2004 | GR/G | Oakridge | MN /04/141 | 64379 | | $50.00 | 19-APR-2004 |
| 0007 | PMNT | T | 14-MAY-2004 | GR/G | OAKRIDGE HOMES | MN /04/160 | 64654 | | $50.00 | 14-MAY-2004 |
| 0008 | PMNT | T | 01-JUN-2004 | GR/G | Oakridge | MN /04/170 | 64809 | | $50.00 | 01-JUN-2004 |
| 0009 | PMNT | T | 14-JUN-2004 | GR/G | OADRIDGE HOMES | MN /04/178 | 64905 | | $24.50 | 14-JUN-2004 |

Total Payments for Debtor: $334.50