# PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 22-MAY-2006 FOR: 2001Z00173/001 PAGE: 1 OF 3

DEBTOR: Alleman, Judith A.

COURT NUMBER: 01-519 MJD/RLE PRIORITY CODE:

CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0006 | PMNT | WB | 17-MAR-2003 | OT/B | alleman | | KEYD-03-76 | | $75.00 | 27-MAR-2003 |
| 0012 | PMNT | WB | 14-JUN-2004 | GR/G | OAKRIDGE HOMES | MN /04/178 | 64905 | | $25.50 | 14-JUN-2004 |
| 0013 | PMNT | WB | 25-JUN-2004 | GR/G | OAKRIDGE HOMES | MN /04/187 | 65066 | | $50.00 | 25-JUN-2004 |
| 0014 | PMNT | WB | 12-JUL-2004 | GR/G | Oakridge Home Sils | MN /04/198 | 65184 | | $50.00 | 12-JUL-2004 |
| 0015 | PMNT | WB | 26-JUL-2004 | GR/G | Oakridge Home Sils | MN /04/210 | 65332 | | $50.00 | 26-JUL-2004 |
| 0016 | PMNT | WB | 06-AUG-2004 | GR/G | Oakridge Homes | MN /04/219 | 65439 | | $37.50 | 06-AUG-2004 |
| 0017 | PMNT | WB | 20-AUG-2004 | GR/G | Oakridge Homes | MN /04/229 | 65577 | | $37.50 | 20-AUG-2004 |
| 0018 | PMNT | WB | 03-SEP-2004 | GR/G | Oakridge | MN /04/239 | 65728 | | $37.50 | 03-SEP-2004 |
| 0019 | PMNT | WB | 17-SEP-2004 | GR/G | OAKRIDGE HOMES | MN /04/248 | 65875 | | $37.50 | 17-SEP-2004 |
| 0020 | PMNT | WB | 30-SEP-2004 | GR/G | OAKRIDGE HOMES | MN /04/257 | 66019 | | $37.50 | 30-SEP-2004 |
| 0021 | PMNT | WB | 15-OCT-2004 | GR/G | OAKRIDGE HOMES | MN /05/010 | 66166 | | $37.50 | 15-OCT-2004 |
| 0022 | PMNT | WB | 29-OCT-2004 | GR/G | OAKRIDGE HOMES | MN /05/019 | 66312 | | $37.50 | 29-OCT-2004 |
| 0023 | PMNT | WB | 12-NOV-2004 | GR/G | OAKRIDGE HOMES | MN /05/026 | 66441 | | $37.50 | 12-NOV-2004 |
| 0024 | PMNT | WB | 19-NOV-2004 | GR/G | OAKRIDGE HOMES | MN /05/031 | 66568 | | $37.50 | 19-NOV-2004 |
| 0025 | PMNT | WB | 13-DEC-2004 | GR/G | OAKRIDGE HOMES | MN /05/046 | 66729 | | $37.50 | 13-DEC-2004 |
| 0026 | PMNT | WB | 27-DEC-2004 | GR/G | Oakridge Homes Sils | MN /05/054 | 66889 | | $37.50 | 27-DEC-2004 |
| 0027 | PMNT | WB | 10-JAN-2005 | GR/G | Oakridge Homes Sils | MN /05/062 | 67014 | | $37.50 | 10-JAN-2005 |
| 0028 | PMNT | WB | 24-JAN-2005 | GR/G | Oakridge Homes Sils | MN /05/071 | 67132 | | $37.50 | 24-JAN-2005 |
| 0029 | PMNT | WB | 04-FEB-2005 | GR/G | Oakridge Homes Sils | MN /05/079 | 67279 | | $37.50 | 04-FEB-2005 |

# PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 22-MAY-2006 FOR: 2001Z00173/001 

DEBTOR: Alleman, Judith A.

COURT NUMBER: 01-519 MJD/RLE PRIORITY CODE:

CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0030 | PMNT | WB | 18-FEB-2005 | GR/G | Oakridge Home Sils | MN /05/089 | 67413 | | $37.50 | 18-FEB-2005 |
| 0031 | PMNT | WB | 04-MAR-2005 | GR/G | Oakridge Homes Sils | MN /05/098 | 67568 | | $37.50 | 04-MAR-2005 |
| 0032 | PMNT | WB | 18-MAR-2005 | GR/G | Oakridge Home Sils | MN /05/108 | 67734 | | $37.50 | 18-MAR-2005 |
| 0033 | PMNT | WB | 01-APR-2005 | GR/G | Oakridge Homes | MN /05/118 | 67862 | | $37.50 | 01-APR-2005 |
| 0034 | PMNT | WB | 15-APR-2005 | GR/G | Oakridge Homes | MN /05/126 | 68013 | | $37.50 | 15-APR-2005 |
| 0035 | PMNT | WB | 02-MAY-2005 | GR/G | Oakridge Homes | MN /05/135 | 68166 | | $37.50 | 02-MAY-2005 |
| 0036 | PMNT | WB | 16-MAY-2005 | GR/G | Oakridge Homes | MN /05/146 | 68308 | | $37.50 | 16-MAY-2005 |
| 0037 | PMNT | WB | 27-MAY-2005 | GR/G | Oakridge Homes | MN /05/154 | 68460 | | $37.50 | 27-MAY-2005 |
| 0038 | PMNT | WB | 13-JUN-2005 | GR/G | Oakridge Homes | MN /05/166 | 68588 | | $37.50 | 13-JUN-2005 |
| 0040 | PMNT | WB | 27-JUN-2005 | GR/G | Oakridge | MN /05/174 | 68750 | | $37.50 | 27-JUN-2005 |
| 0041 | PMNT | WB | 01-JUL-2005 | GR/G | Oakridge Homes | MN /05/179 | 68821 | | $37.50 | 01-JUL-2005 |
| 0042 | PMNT | WB | 25-JUL-2005 | GR/G | Oakridge Homes | MN /05/194 | 69011 | | $37.50 | 25-JUL-2005 |
| 0043 | PMNT | WB | 08-AUG-2005 | GR/G | OAKRIDGE HOMES | MN /05/205 | 69119 | | $37.50 | 08-AUG-2005 |
| 0044 | PMNT | WB | 19-AUG-2005 | GR/G | Oakridge Homes | MN /05/213 | 69257 | | $37.50 | 19-AUG-2005 |
| 0045 | PMNT | WB | 02-SEP-2005 | GR/G | Oakridge Homes | MN /05/223 | 69387 | | $37.50 | 02-SEP-2005 |
| 0046 | PMNT | WB | 16-SEP-2005 | GR/G | OAKRIDGE HOMES | MN /05/232 | 69539 | | $37.50 | 16-SEP-2005 |
| 0047 | PMNT | WB | 30-SEP-2005 | GR/G | Oakridge Homes | MN /05/242 | 69671 | | $37.50 | 30-SEP-2005 |
| 0048 | PMNT | WB | 14-OCT-2005 | GR/G | Oakridge Homes | MN /06/009 | 69848 | | $37.50 | 14-OCT-2005 |
| 0049 | PMNT | WB | 28-OCT-2005 | GR/G | Judith | MN /06/020 | 70021 | | $37.50 | 28-OCT-2005 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 22-MAY-2006 FOR: 2001Z00173/001 PAGE: 3 OF 3

DEBTOR: Alleman, Judith A.

COURT NUMBER: 01-519 MJD/RLE PRIORITY CODE:

CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0050 | PMNT | WB | 14-NOV-2005 | GR/G | Oakridge | MN /06/027 | 70144 | | $37.50 | 14-NOV-2005 |
| 0051 | PMNT | WB | 25-NOV-2005 | CH/Y | Oakridge Homes | MN /06/036 | 70286 | | $37.50 | 25-NOV-2005 |
| 0052 | PMNT | WB | 09-DEC-2005 | GR/G | Oakridge | MN /06/046 | 70420 | | $37.50 | 09-DEC-2005 |
| 0053 | PMNT | WB | 23-DEC-2005 | GR/G | Oakridge | MN /06/056 | 70578 | | $37.50 | 23-DEC-2005 |
| 0054 | PMNT | WB | 06-JAN-2006 | GR/G | OAKRIDGE HOMES | MN /06/067 | 70691 | | $37.50 | 06-JAN-2006 |
| 0055 | PMNT | WB | 23-JAN-2006 | GR/G | OAKRIDGE HOMES | MN /06/077 | 70820 | | $37.50 | 23-JAN-2006 |
| 0056 | PMNT | WB | 03-FEB-2006 | GR/G | OAKRIDGE HOMES | MN /06/085 | 70951 | | $37.50 | 03-FEB-2006 |
| 0057 | PMNT | WB | 17-FEB-2006 | GR/G | OAKRIDGE HOMES | MN /06/096 | 71108 | | $37.50 | 17-FEB-2006 |
| 0058 | PMNT | WB | 03-MAR-2006 | GR/G | OAKRIDGE HOMES | MN /06/106 | 71252 | | $37.50 | 03-MAR-2006 |
| 0059 | PMNT | WB | 17-MAR-2006 | GR/G | Oakridge Homes Sils | MN /06/116 | 71396 | | $37.50 | 17-MAR-2006 |
| 0060 | PMNT | WB | 31-MAR-2006 | GR/G | Oakridge Homes | MN /06/126 | 71519 | | $50.00 | 31-MAR-2006 |
| 0061 | PMNT | WB | 17-APR-2006 | GR/G | Oakridge Homes | MN /06/138 | 071655 | | $50.00 | 17-APR-2006 |
| 0062 | PMNT | WB | 28-APR-2006 | GR/G | Oakridge Homes | MN /06/146 | 71787 | | $50.00 | 28-APR-2006 |
| 0065 | PMNT | WB | 08-MAY-2006 | GR/G | Oakridge Homes | MN /06/151 | 71887 | | $50.00 | 08-MAY-2006 |
| 0066 | PMNT | WB | 12-MAY-2006 | CH/Y | Judith | MN /06/156 | 60246154 | | $2,425.00 | 12-MAY-2006 |

Total Payments for Debtor: $4,488.00